UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROD IRELAND, | No. 2:15-cv-1363 AC P |
| Plaintiff, | |
| v. | ORDER |
| MIKE MILLER, et al., | |
| Defendants. | |

Plaintiff is a former Solano County Jail inmate and California state prisoner proceeding pro se with a civil rights complaint filed pursuant to 42 U.S.C. § 1983 (challenging the conduct of Vacaville law enforcement officers), and a motion for leave to proceed in forma pauperis filed pursuant to 28 U.S.C. § 1915. For the following reasons, the court defers ruling on plaintiff's motion for leave to proceed in forma pauperis, and defers screening plaintiff's complaint pursuant to 28 U.S.C. § 1915A, pending receipt of plaintiff's notice of current address. Although the screening of prisoner civil rights cases is often delayed due to this court's heavy workload, the delay in this action was excessive. Nevertheless, because it is unclear whether plaintiff remains incarcerated and/or wishes to proceed with this action, further limited delay is necessary.

When plaintiff filed his initial complaint on June 26, 2015, ECF No. 1, and his First Amended Complaint on July 30, 2015, ECF No. 5, he was incarcerated at the Solano County Justice Center. On September 25, 2015, plaintiff filed a notice of change of address to Deuel

1

Vocational Institution (DVI), indicating that he was then incarcerated under the authority of the California Department of Corrections and Rehabilitation (CDCR). ECF No. 6. On February 24, 2016, plaintiff filed a notice of change of address to CDCR's High Desert State Prison (HDSP). ECF No. 8. The court's review of the inmate information website operated CDCR indicates that plaintiff is no longer incarcerated under its authority.[1]

It is plaintiff's responsibility to keep the court apprised of his current address at all times. See Local Rules 182(f), 183(b). Therefore, the court will direct service of this order to plaintiff at his last address of record; this service shall be fully effective. See Local Rule 182(f) ("Absent such notice [of current address], service of documents at the prior address of the . . . pro se party shall be fully effective.").

Should plaintiff receive this order he is directed to submit to this court, without thirty days after the filing date of this order, notice of his current address and a statement whether plaintiff wishes to proceed with this action. Failure of plaintiff to respond to this order within thirty days, provided the order is not returned by the U.S. Postal Service, shall result in a recommendation that this action be dismissed without prejudice under Local Rule 110 ("Failure of . . . a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions authorized by statute or Rule or within the inherent power of the Court.").

Alternatively, if this order is returned by the U.S. Postal Service as undelieverable, failure of plaintiff to notify the court of his current address within sixty-three days thereafter shall result in a recommendation that this action be dismissed without prejudice under Local Rule 183(b) ("If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute.").

---

[1] This Court may take judicial notice of facts that are capable of accurate determination by sources whose accuracy cannot reasonably be questioned. See Fed. R. Evid. 201; see also City of Sausalito v. O'Neill, 386 F.3d 1186, 1224 n.2 (9th Cir. 2004) ("We may take judicial notice of a record of a state agency not subject to reasonable dispute.").

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty (30) days after the filing date of this order, plaintiff shall provide this court with notice of his current address and submit a statement indicating whether he wishes to proceed with this action. Failure of plaintiff to timely respond to this order, if the order is not returned as undeliverable by the U.S. Postal Service, shall result in a recommendation that this action be dismissed without prejudice pursuant to Local Rule 110.

2. Alternatively, in the event attempted service of this order is unsuccessful, thus preventing plaintiff's response, failure of plaintiff to notify the court of his current address within sixty-three (63) days after the return of the order by the U.S. Postal Service shall result in a recommendation that this action be dismissed without prejudice pursuant to Local Rule 183(b).

3. The Clerk of Court is directed to serve a copy of this order on plaintiff at his last address of record:

> High Desert State Prison
> P.O. Box 3030
> Susanville, CA 96127-3030

IT IS SO ORDERED.

DATED: August 7, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE